JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 0028

Michael Gindi

Plaintiff,

-v-

Mallow Konstam & Hager

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiff                                        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

JAN 03 2008
U.S.D.C. S.D.N.Y.
CASHIERS

**Date:** January 2, 2008

**Signature of Attorney**

**Attorney Bar Code:** ms 9372

Form Rule7_1.pdf  SDNY Web 10/2007