UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                          :

MICHAEL GINDI,

                                          :                **ORDER OF**
                Plaintiff,                    **DISCONTINUANCE**

                                          :

        -against-                         08 Civ. 28 (SAS)

                                          :

MALLOW KONSTAM & HAGER, P.C.,

                                          :

                Defendant.
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

        The parties having notified the Court that they have reached a resolution of this action,

        IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty (60) days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                                          SO ORDERED:

                                                          Shira A. Scheindlin
                                                          U.S.D.J.

Dated:    New York, New York
              January 30, 2008

## - Appearances -

**For Plaintiff:**

Martin Stein, Esq.
Heller Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017
(212) 699-4027

**For Defendant:**

Gerold Mallow, Esq.
Mallow Konstom & Hager, P.C.
320 Broadway
New York, NY 10007
(212) 555-1212